UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 12-19038 |
| | ) | |
| WILFRED CANNON | ) | |
| | ) | Chapter 13 Proceeding |
| | ) | |
| | ) | Judge Arthur I. Harris |
| Debtor(s). | ) | |
| | ) | **NOTICE OF MOTION** |

  Wilfred Cannon, Debtor herein, has filed a Motion for Authority to Enter into a Loan Modification in this Bankruptcy case.

  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

  If you do not want the Court to grant the motion to modify, or if you want the Court to consider your views on the Motion, then on or before October 3, 2013, you or your attorney must:

  File with the Court a written response to the Motion, explaining your position, at:

Clerk of Courts
U.S. Bankruptcy Court
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave.
Cleveland, Ohio 44114

  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it before the above date.

  You must also mail a copy to:

Lee R. Kravitz, Esq.
4508 State Road
Cleveland, Ohio 44109

  Attend the hearing scheduled to be held in Courtroom 1A, United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Avenue, Cleveland, Ohio 44114 at 1:00 p.m., **on the 10th day of October 2013.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion, and may enter an Order granting the relief requested.


Date: 09/18/13          /s/Lee R. Kravitz 0025634
                        LEE R. KRAVITZ #0025634
                        Attorneys for Debtor(s)
                        4508 State Road
                        Cleveland, Ohio  44109
                        (216)749-0808


### CERTIFICATE OF SERVICE

I certify that on September 18, 2013 copies of this Notice of Motion were served electronically and by ordinary U.S. Mail, postage prepaid, to the persons listed below.

Craig Shopneck, Esq.
Office of Chapter 13 Trustee
BP Tower
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF – ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com)

Wilfred Cannon
18408 Windward Road
Cleveland, OH  44119
(via regular U.S. mail – postage prepaid)

And all creditors – via regular U.S. mail – postage prepaid:

AHMSI
P.O. Box 631730
Irving, TX 75063-1730

Buckeye Lending Solutions
c/o Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302

City of Cleveland
Parking Violations Bureau
Justice Center - Level Two
1200 Ontario Street
Cleveland, OH 44113

Cleveland Municipal Court
Office of the Clerk
1200 Ontario Street, Level Three
Cleveland, OH 44113

Craig D. Jones
c/o Zeehandelar, Sabatino & Assoc.
471 East Broad St., Ste. 1500
Columbus, OH 43215

Credit Acceptance Corp.
25505 West 12 Mile Road
P.O. Box 513
Southfield, MI 48037

Firefighers Community Credit Union
2300 Saint Clair Avenue, NE
Cleveland, OH 44114

Portfolio Recovery Assoc.
P.O. Box 12914
Norfolk, VA 23541

Quantum3 Group LLC as agent for
Capio Partners LLC
P.O. Box 788
Kirkland, WA 98083-0788

Sears
Payment Center
P.O. Box 182149
Columbus, OH 43218

State Farm
One State Farm Plaza
Bloomington, IL 61710

The HMC Group
29065 Clemens Road, Ste. 200
Westlake, OH 44145-1179

William Costello, LPA
3401 Enterprise Pkwy. #406
Beachwood, OH 44122

Zeehandelar, Sabatino & Assoc.
471 E. Broad Street, Ste. 1500
Columbus, OH 43215

/s/Lee R. Kravitz 0025634
Lee R. Kravitz, Esq.
Attorneys for Debtor(s)
4508 State Road
Cleveland, Ohio 44109
(216) 749-0808

lb