The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 4, 2013, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: November 4, 2013



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-19038 |
| | ) | |
| WILFRED CANNON | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| | ) | JUDGE HARRIS |
| Debtor | ) | |
| | ) | **ORDER GRANTING MOTION TO MODIFY** |
| | ) | **PREVIOUSLY CONFIRMED PLAN** |
| | ) | **(Trustee's Objection Withdrawn)** |

This cause came on for the Court's consideration upon the Motion of Wilfred Cannon, Debtor to Modify his previously confirmed Chapter 13 plan and The Trustee's Objection thereto.

The Court finds that all necessary parties have been served with the Debtor's Motion and that the Trustee's has agreed t withdraw his Objection to the Debtor's Motion. The Court further finds the Motion to be otherwise well taken.

**IT IS THEREFORE ORDERED** that the Motion to Modify Previously Confirmed

Chapter 13 Plan is hereby granted in accordance with the amended plan filed with this Court on

September 18, 2013.

                                        ###

Respectfully submitted,

/s/Lee R. Kravitz_____
Lee R. Kravitz (Reg. #0025634)
Attorney for Debtor(s)
4508 State Road
Cleveland, OH 44109
(216) 749-0808

**PARTIES TO BE SERVED**

Craig Shopneck, Trustee
BP Tower, Suite 3860
200 Public Square
Cleveland, OH 44114
(Chapter 13 Trustee, served electronically at ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com)

Lee R. Kravitz, Esq.
4508 State Rd.
Cleveland, OH  44109
(Attorney for Debtor, served electronically at leekravitz@sbcglobal.net)

Wilfred Cannon
18408 Winward Road
Cleveland, OH 44119
(Debtor, served by US Mail)

 AHMSI
 P.O. Box 631730
 Irving, TX 75063-1730
 (served by US Mail)

 Buckeye Lending Solutions
 c/o Jefferson Capital Systems, LLC
 P.O. Box 7999
 Saint Cloud, MN 56302
 (served by US Mail)

CHECKSMART
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617
(served by US Mail)

City of Cleveland
Parking Violations Bureau
Justice Center - Level Two
1200 Ontario Street
Cleveland, OH 44113
(served by US Mail)

Cleveland Municipal Court
Office of the Clerk
1200 Ontario Street, Level Three
Cleveland, OH 44113
(served by US Mail)

Craig D. Jones
c/o Zeehandelar, Sabatino & Assoc.
471 East Broad St., Ste. 1500
Columbus, OH 43215
(served by US Mai)

Credit Acceptance
25505 West Twelve Mile Rd
Suite 3000
Southfield, MI 48034
(served by US Mail)

Credit Acceptance Corp.
25505 West 12 Mile Road
P.O. Box 513
Southfield, MI 48037
(served by US Mail)

Firefighters Community Credit Union
2300 Saint Clair Avenue, NE
Cleveland, OH 44114
(served by US Mail)

Firefighters Community Cu C/O The Hmc Group
29065 Clemens Rd Ste 200
Westlake OH 44145
(served by US Mail)

Homeward Residential Inc.
Bankruptcy Department
1525 S Beltline Rd, Suite 100-N
Coppell, TX 75019
(served by US Mail)

Portfolio Recovery Assoc.
P.O. Box 12914
Norfolk, VA 23541
(served by US Mail)

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541
(served by US Mail)

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA 98083-0788
(served by US Mail)

Quantum3 Group LLC as agent for
Capio Partners LLC
P.O. Box 788
Kirkland, WA 98083-0788
(served by US Mail)

Sears
Payment Center
P.O. Box 182149
Columbus, OH 43218
(served by US Mail)

State Farm
One State Farm Plaza
Bloomington, IL 61710
(served by US Mail)

The HMC Group
29065 Clemens Road, Ste. 200
Westlake, OH 44145-1179
(served by US Mail)

William Costello, LPA
3401 Enterprise Pkwy. #406
Beachwood, OH 44122
(served US Mail)

Zeehandelar, Sabatino & Assoc.
471 E. Broad Street, Ste. 1500
Columbus, OH 43215
(served US Mail)

kk