The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 1, 2014, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: May 1, 2014**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-19038 |
| | ) | |
| WILFRED CANNON | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| Debtor(s) | ) | JUDGE ARTHUR HARRIS |
| | ) | |
| | ) | **ORDER GRANTING THIRD MOTION TO** |
| | ) | **MODIFY PREVIOUSLY CONFIRMED** |
| | ) | **PLAN** |

This cause came on for the Court's consideration upon the Motion of Wilfred Cannon, Debtor to Modify his Previously confirmed plan. The Court finds that all necessary parties have been served with the Third Motion and that there have been no Objections filed thereto. The Court furthermore finds the Third Motion to be otherwise well taken.

**IT IS THEREFORE ORDERED** that the Third Motion of the Debtor to Modify his

previously confirmed plan is hereby granted in accordance with the modified plan filed on March

19, 2014.

###

Respectfully submitted,

/s/Lee R. Kravitz 0025634_____
Lee R. Kravitz (Reg. #0025634)
Attorney for Debtor(s)
4508 State Road
Cleveland, OH 44109
216-749-0808

## PARTIES TO BE SERVED

Craig Shopneck, Trustee
BP Tower, Suite 3860
200 Public Square
Cleveland, OH 44114
(Chapter 13 Trustee, served electronically at ch13shopneck@ch13cleve.com, cshopneck13@ecf.epiqsystems.com)

Lee R. Kravitz, Esq.
4508 State Rd.
Cleveland, OH  44109
(Attorney for Debtor, served electronically at leekravitz@sbcglobal.net)

Wilfred Cannon
18408 Windward Road
Cleveland, OH 44119
(served by US Mail)

AHMSI
P.O. Box 631730
Irving, TX 75063-1730
(served by US Mail)

Buckeye Lending Solutions
c/o Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302
(served by US Mail)

City of Cleveland
Parking Violations Bureau
Justice Center-Level Two
1200 Ontario Street
Cleveland, OH 44113
(served by US Mail)

Cleveland Municipal Court
Office of the Clerk
1200 Ontario Street, Level Three
Cleveland, OH 44113
(served by US Mail)

Craig D. Jones
c/o Zeehandelar, Sabatino & Assoc
471 East Broad St. Ste 1500
Columbus, OH 43215
(served by US Mail)

Credit Acceptance Corp.
25505 West 12 Mile Road
P.O. Box 513
Southfield, MI 48037
(served by US Mail)

Firefighters Community Credit Union
2300 Saint Clair Avenue, NE
Cleveland, OH 44114
(served by US Mail)

Ocwen Loan Servicing
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
(served by US Mail)

Portfolio Recovery Assoc
P.O. Box 12914
Norfolk, VA 23541
(served by US Mail)

Quantum3 Group LLC as agent for
Capio Partners LLC
P.O. Box 788
Kirkland, WA 98083-0788
(served by US Mail)

Sears
Payment Center
P.O. Box 182149
Columbus, OH 43218
(served by US Mail)

State Farm
One State Farm Plaza
Bloomington, IL 61710
(served by US Mail)

The HMC Group
29065 Clemens Road, ste 200
Westlake, OH 44145-1179
(served by US Mail)

William Costello, LPA
3401 Enterprise Pkwy #406
Beachwood, OH 44122
(served by US Mail)

Zeehandelar, Sabatino & Assoc
471 E. Broad Street, Ste 1500
Columbus, OH 43215
(served by US Mail)

kk