UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-19038 |
| | ) | |
| WILFRED CANNON | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| | ) | JUDGE ARTHUR I. HARRIS |
| Debtor(s) | ) | |
| | ) | |
| | ) | <u>OBJECTION TO MOTION FOR RELIEF</u> |
| | ) | <u>FROM STAY AND ABANDONMENT</u> |
| | ) | <u>(DEUTSCHE BANK NATIONAL TRUST</u> |
| | ) | <u>COMPANY)</u> |

    Now comes Wilfred Cannon, Debtor, and hereby objects to the Motion for Relief from Stay and Abandonment filed on behalf of Deutsche Bank National Trust Company and, as grounds therefore, states that the Debtor has made each and every payment to the mortgage company since the commencement of this case. The mortgage company has accepted and cashed each and every payment from the Debtor. Furthermore, the Debtor was offered a loan modification, which he accepted. His ex-wife could not sign the modification because there was a restraining order against her and she was not permitted anywhere near the premises or anywhere near the Debtor.

WHEREFORE, the Debtor prays that this Court enter an denying the Motion for Relief from Stay and Abandonment filed on behalf of Deutsche Bank National Trust Company.

                                              Respectfully submitted,
                                              /s/Lee R. Kravitz
                                              Lee R. Kravitz (Reg. #0025634)
                                              Attorney for Debtor
                                              4508 State Road
                                              Cleveland, OH 44109
                                              216-749-0808
                                              Fax No. 216-749-5389
                                              Email: leekravitz@sbcglobal.net

## CERTIFICATE OF SERVICE

I certify that on October 8, 2018, a true and correct copy of Debtor's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lauren A. Helbling, Trustee
Office of the Chapter 13 Trustee
200 Public Square, Ste. 3860
Cleveland, OH 44114
(via ECF)

Chris E. Manolis, Esq.
Shapiro, Van Ess, Phillips & Barragate
4805 Montgomery Road, Suite 320
Norwood, OH 45212
(cmanolis@logs.com)
**(Attorney for Deutsche Bank National Trust Company)**

                                              /s/Lee R. Kravitz_____
                                              Lee R. Kravitz
                                              Attorney for Debtor(s)