# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In re: Wilfred Cannon ) Case No. 12-19038
) Chapter 13 Proceedings
Debtor ) Judge Arthur I. Harris

## TRUSTEE'S NOTICE OF FINAL CURE PAYMENT

LAUREN A. HELBLING, Chapter 13 Trustee files notice that the amount required to cure the default in the below described claim has been paid in full.

| Claim Information | |
|---|---|
| Creditor: Ocwen Loan Services, L.L.C. | |
| Proof of Claim number on Bankruptcy Court's registry: | 2 |
| Last 4 digits of number used to identify Debtor's account: | 0408 ARREARAGE |

**Trustee Payment Information**

Prepetition Mortgage Arrearage

    Amount Stated in Proof of Claim: $364.62

    Amount Paid by Trustee: $364.62

Ongoing Mortgage Payments

    ___ Paid by the Trustee through the bankruptcy plan
        i. Total paid to date by the Trustee: _____
        ii. A mortgage payment was mailed by the Trustee on _____
           in the amount of _____ for the payment due _____
        iii. A closing letter will be sent to all parties indicating when the debtor(s) should begin making their mortgage payments directly to the mortgage company.

    _X_ Paid direct by the Debtor

Pursuant to Federal Bankruptcy Rule 3002.1(g), within 21 days of the service of this Notice, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement (1) indicating whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim, and (2) whether the Debtor is otherwise current on all payments consistent with Section 1322(b)(5) of the Bankruptcy Code. The statement shall itemize the required cure and/or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com

## CERTIFICATE OF SERVICE

I certify that on October 11, 2018, a true and correct copy of this Notice of Final Cure Payment was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Lee R. Kravitz, Esq., on behalf of Wilfred Cannon, Debtor, at leekravitz@sbcglobal.net

And by regular U.S. mail, postage prepaid, on:

    Wilfred Cannon, Debtor, at 18408 Windward Road, Cleveland, Oh 44119

    Ocwen Loan Services, L.L.C., Attn: Payment Processing, 3451 Hammond Ave., Waterloo, IA 50702

    Ocwen Loan Services, L.L.C., Attn: Bankruptcy Dept., 1100 Virginia Drive, #175, Ft. Washington, PA 19034

    Chris E. Manolis, Esq., 4805 Montgomery Road, Suite 320, Norwood, OH 45212

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268    Fax (216) 621-4806
Ch13trustee@ch13cleve.com