# OFFICE OF THE CHAPTER 13 TRUSTEE
## LAUREN A. HELBLING, TRUSTEE

For Cases Filed Under Chapter 13 in the United States Bankruptcy Court
Northern District of Ohio - Eastern Division (Cleveland)

**Office Address**
Lauren A. Helbling, Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland, Ohio 44114-2321
Tel: (216) 621-4268   Fax: (216) 621-4806
www.13trusteecleveland.com

**Payment Address**
Lauren A. Helbling
Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593
*Include case number
   on payment

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### For the period January 01, 2018 through December 31, 2018

Case No: 12-19038-aih

Filed: December 13, 2012

Debtor: WILFRED CANNON
18408 WINDWARD ROAD

CLEVELAND, OH  44119

Attorney: LEE R KRAVITZ
(216) 749-0808

Required Plan Payment: $270.00 MONTHLY

### RECONCILIATION OF FUNDS RECEIVED AND DISBURSED SINCE CASE FILED

| | | |
|---|---:|---:|
| Plan Payments Received: | | 25,260.00 |
| Disbursements: | | |
|     Principal | 19,251.62 | |
|     Interest | 2,156.45 | |
|     Attorney Fee | 2,700.00 | |
|     Trustee Fee | 1,151.93 | |
| | | 25,260.00 |
| Funds on Hand: | | 0.00 |
| | | 25,260.00 |

CASE NO: 12-19038-aih
DEBTOR: WILFRED CANNON

### RECEIPTS DURING TWELVE-MONTH REPORTING PERIOD

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jan 08, 2018 | 270.00 | Feb 09, 2018 | 270.00 | Mar 09, 2018 | 270.00 | Apr 09, 2018 | 270.00 | May 11, 2018 | 270.00 |
| Jun 08, 2018 | 270.00 | Jul 06, 2018 | 270.00 | Aug 08, 2018 | 270.00 | Sep 10, 2018 | 270.00 | Oct 12, 2018 | 270.00 |
| Dec 12, 2018 | 150.00 | | | | | | | | |

### DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 001 | CREDIT ACCEPTANCE CORP | 2415 | Secured | 2,630.77 | 69.77 |
| 002 | OCWEN LOAN SERVICES LLC | 0408 | Secured | .00 | .00 |
| 002A | OCWEN LOAN SERVICES LLC | ####RAGE | Secured | .00 | .00 |
| 002NA | OCWEN LOAN SERVICING LLC | 0408 | Unsecured | .00 | .00 |
| 002NA1 | LEANN E COVEY ESQ | | Unsecured | .00 | .00 |
| 002NA2 | ADAM B HALL ESQ | | Unsecured | .00 | .00 |
| 002NA3 | CHRIS E MANOLIS ESQ | | Unsecured | .00 | .00 |
| 003 | QUANTUM3 GROUP LLC | 0025 | Unsecured | .00 | .00 |
| 004 | QUANTUM3 GROUP LLC | 0320 | Unsecured | .00 | .00 |
| 005 | QUANTUM3 GROUP LLC | 0163 | Unsecured | .00 | .00 |
| 006 | QUANTUM3 GROUP LLC | 0093 | Unsecured | .00 | .00 |
| 007 | QUANTUM3 GROUP LLC | 0012 | Unsecured | .00 | .00 |
| 008 | QUANTUM3 GROUP LLC | 0278 | Unsecured | .00 | .00 |
| 009 | QUANTUM3 GROUP LLC | 0280 | Unsecured | .00 | .00 |
| 010 | QUANTUM3 GROUP LLC | 1444 | Unsecured | .00 | .00 |
| 011 | QUANTUM3 GROUP LLC | 0129 | Unsecured | .00 | .00 |
| 012 | QUANTUM3 GROUP LLC | 0131 | Unsecured | .00 | .00 |
| 013 | QUANTUM3 GROUP LLC | 0020 | Unsecured | .00 | .00 |
| 014 | QUANTUM3 GROUP LLC | 0199 | Unsecured | .00 | .00 |
| 015 | QUANTUM3 GROUP LLC | 0204 | Unsecured | .00 | .00 |
| 016 | QUANTUM3 GROUP LLC | 0023 | Unsecured | .00 | .00 |
| 017 | JEFFERSON CAPITAL SYSTEMS LLC | 1156 | Unsecured | .00 | .00 |
| 017NA | JEFFERSON CAPITAL SYSTEMS LLC | | Unsecured | .00 | .00 |
| 018 | PORTFOLIO RECOVERY ASSOCIATES LLC | 0096 | Unsecured | .00 | .00 |
| 019 | FIREFIGHTERS COMMUNITY CREDIT UNION | 1583 | Unsecured | .00 | .00 |
| 799 | LEE R KRAVITZ | | Attorney Fees | .00 | .00 |
| | ZEEHANDELAR SABATINO & ASSOC | 5500 | Unsecured | .00 | .00 |
| | WILLIAM L COSTELLO CO LPA | | Unsecured | .00 | .00 |
| | HMC GROUP | | Unsecured | .00 | .00 |



CASE NO: 12-19038-aih
DEBTOR: WILFRED CANNON

## DISBURSEMENTS DURING TWELVE-MONTH REPORTING PERIOD

| Claim # | Creditor Name | Acct# (Last 4 Digits) | Class | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | PORTFOLIO RECOVERY ASSOCIATES LLC | | Unsecured | .00 | .00 |
| | CLERK OF COURTS | 3396 | Unsecured | .00 | .00 |
| | STATE FARM INSURANCE CO | | Unsecured | .00 | .00 |
| | QUANTUM3 GROUP LLC | | Unsecured | .00 | .00 |
| | CITY OF CLEVELAND | 8586 | Unsecured | .00 | .00 |
| | CRAIG D JONES | | Unsecured | .00 | .00 |
| | | | Total Paid To Date: | 2,630.77 | 69.77 |

