```
                           United States Bankruptcy Court
                            Northern District of Ohio
In re:                                                      Case No. 12-19038-aih
Wilfred Cannon                                              Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-1          User: cille              Page 1 of 1             Date Rcvd: Feb 19, 2019
                              Form ID: pdf701          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db            +Wilfred Cannon,    18408 Windward Road,    Cleveland, OH 44119-1759
aty           +Dan Solar,    DannLaw,    2728 Euclid Avenue Suite 300,    Cleveland, OH 44115-2428
aty           +Phillip C. Barragate,    1500 W 3rd Street #400,    Cleveland, OH 44113-1438
              +Charlestine Cannon,    18408 Windward Road,    Cleveland, OH 44119-1759
              +Christopher Murray,    2079 East 9th St.,    Cleveland, OH 44115-1302
              +Dan Solar,    2728 Euclid Avenue Suite 300,    Cleveland, OH 44115-2428
cr            +Ocwen Loan Servicing Deutsche Bank National Trust,    Robertson, Anschutz, & Schneid,
                6409 Congress Ave,    Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company
cr              OCWEN LOAN SERVICING, LLC
                                                                                              TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
          Chrysostomos E. Manolis    on behalf of Creditor    Deutsche Bank National Trust Company
           cmanolis@logs.com
          Lauren A. Helbling    ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com
          LeAnn E. Covey    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bknotice@clunkhoose.com
          Lee R Kravitz    on behalf of Debtor Wilfred   Cannon leekravitz@sbcglobal.net
                                                                                               TOTAL: 4
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on February 19, 2019, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: February 19, 2019**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| WILFRED CANNON | CASE NO: 12-19038-aih |
| DEBTOR | JUDGE: ARTHUR I. HARRIS |

**AGREED ORDER ON OBJECTION TO NOTICE OF PAYMENT CHANGE (Doc. 80) MOTION FOR RELIEF FROM STAY (Doc. 86) NOTICE OF FINAL CURE MORTGAGE PAYMENT (Doc. 92) (18408 Windward Road, Cleveland, OH 44119)**

This matter came to be considered on the Wilfred Cannon's ("Debtor") Objection to Notice of Payment Change, (Doc.80), the response (Doc. 82) by Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-W3 ("Creditor"), the Creditor's Motion for Relief form Stay (Doc. 86), the Debtor's Objection (Doc. 90), the Notice of Final Cure (Doc. 92) filed by the Chapter 13 Trustee, Creditor's Response on the Claims Register and Debtor's Reply (Doc. 95) concerning the a

mortgage loan Debtor has with Creditor regarding the real property located at 18408 Windward Road, Cleveland, OH 44119.

The parties have entered into an Agreement resolving certain issue as follows:

**IT IS, THEREFORE ORDERED**:

1. Parties agree that the debt Debtor owes Creditor is not dischargeable in this case, as it falls under 11 U.S.C. § 1322(b)(5), as the last payment is due after the date on which the final payment under the plan is due.

2. Parties agree that there is a dispute between them as to whether or not the parties entered into an loan modification in 2013 and whether this loan is current or not.

3. Parties agree that Debtor will receive a Chapter 13 discharge as to all his listed creditors except for the mortgage held by Creditor relating to 18408 Windward Road, Cleveland, OH 44119, that debt will not be discharged.

IT IS SO ORDERED.

###

SUBMITTED AND APPROVED BY:

/s/ Chris E. Manolis
Chris E. Manolis, Esq. (0076197)
Shapiro, Van Ess, Phillips & Barragate, LLP
4805 Montgomery Road, Suite 320
Norwood, Ohio 45212
(513) 396-8100  (847) 627-8805 - Fax
Attorney for Creditor
cmanolis@logs.com

/s/ Lee R Kravitz
Lee R Kravitz (0025634)
4508 State Rd
Cleveland, OH 44109
(216) 749-0808
Fax : 216-749-5389
Attorney for Debtor
leekravitz@sbcglobal.net

## CERTIFICATE OF SERVICE

A true and correct copy of the Agreed Order was served:Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Lee R. Kravitz, on behalf of Wilfred Cannon, debtor(s), at leekravitz@sbcglobal.net

Lauren A Helbling, on behalf of the Chapter 13 Trustee's office at ch13trustee@ch13cleve.com, lhelbling13@ecf.epiqsystems.com

United States Trustee at Registered address @usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Wilfred Cannon, 18408 Windward Road, Cleveland, OH 44119

Charlestine Cannon, 18408 Windward Road, Cleveland, OH 44119

Dan Solar, 2728 Euclid Avenue Suite 300 Cleveland, OH 44115

Christopher Murray, 2079 East 9th St., Cleveland, OH 44115